**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| LATORIA PIERSON, ) | |
| ) | CASE NO. 21-57545-WLH |
| Debtor. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES**

COMES NOW, Latoria Monet Pierson, Debtor, by and through the attorney of record, and files this Motion For Extension Of Time To File Schedules, and shows the Court the following:

1.

Debtor filed this voluntary petition for relief as a Chapter 7 on October 7, 2021.

2.

Debtor alleges good cause exists for an extension of time to file the schedules due to complications in obtaining information needed in order to complete Debtor's petition.

3.

The 341 meeting on the case herein has been scheduled for November 9, 2021 and S. Gregory Hays has been appointed as the Chapter 7 Trustee. Debtor anticipates that the schedules will be filed no later than November 2, 2021.

WHEREFORE, the Debtor requests that the Honorable Court:

a. enter an Order of Extension of time until November 2, 2021 to file the remaining schedules in this case; and

b. for any other relief that the Court deems just and proper.

This  21st  day of  October , 2021.

                                                Respectfully Submitted by,
                                                BURROW & ASSOCIATES, LLC

                                                     /s/
                                                Michael F. Burrow
                                                Attorney for the Debtor
                                                Georgia Bar No. 317998
                                                2280 Satellite Blvd.
                                                Bldg. A, Suite 100
                                                Duluth, Georgia 30097
                                                (678) 942-8640
                                                bankruptcy@legalatlanta.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served the within and foregoing Motion For Extension Of Time To File Schedules by depositing same in the United States mail, properly addressed as follows:

S. Gregory Hays
Chapter 7 Trustee
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30326-1085

Office of the United States Trustee
75 Ted Turner Drive, S.W., Room 362
Atlanta, GA  30303

Latoria Monet Pierson
2208 Sun Harbor NE
Marietta, GA  30066

This  21st  day of  October , 2021.

Respectfully Submitted By:
BURROW & ASSOCIATES, LLC

    /s/
Michael F. Burrow
Attorney for the Debtor
Georgia Bar No. 317998
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com